UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MILES METZGER,                                              No. 07-10332

Debtor(s).
_____/

Memorandum re Stay Relief
_____

In this matter debtor Miles Metzger appeared to contest the stay relief motion of creditor American Servicing Company even though he did not claim the subject real property as exempt and therefore had no standing. Even if he had standing to contest the motion, his schedules admit no equity, mandating relief pursuant to § 362(d)(2) of the Bankruptcy Code. Even if he had standing and even if he had scheduled some equity, his discharge was due to be entered on June 25, 2007. The fact that this time may be extended because the U.S. Trustee is investigating him does not mean he would have extra time to delay foreclosure. The motion will accordingly be granted.

Dated: June 28, 2007

Alan Jaroslovsky
U.S. Bankruptcy Judge

|   |   |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of |
| 3 | California hereby certifies that a copy of the attached document was mailed to all parties listed below |
| 4 | as required by the Bankruptcy Code and Rules of Bankruptcy Procedure. |
| 5 | |
| 6 | Dated: Jun 28, 2007 |
| | Dawn Passalacqua |
| | Deputy Clerk |
| 8-9 | Miles Metzger<br>1385 Grove Ct.<br>Saint Helena, CA 94574 |

2